# REPLY EXHIBIT "G"

# REPLY EXHIBIT "G"

Electronically Filed
4/9/2019 2:27 PM
Steven D. Grierson
CLERK OF THE COURT

NOAS
BENJAMIN B. CHILDS, ESQ.
State Bar # 3946
318 South Maryland Parkway
Las Vegas, Nevada 89101
Telephone: (702) 385-3865
Facsimile: (702) 384-1119
ben@benchilds.com
Attorney for Defendants / Counterclaimants

## DISTRICT COURT
## CLARK COUNTY, NEVADA

| | |
|---|---|
| EUGENE TUMBARELLO and SHAMROCK PAINTING, INC <br><br> Plaintiffs/Counterdefendants <br><br> v. <br><br> ELIZABETH RAMSEY and GREGG CHAMBERS <br><br> Defendants/Counterclaimants | CASE NO. A-17-763560-C <br> DEPT. NO. XIX <br><br><br><br> NOTICE OF APPEAL |

Notice is hereby given that Defendants//Counterclaimants **ELIZABETH RAMSEY and GREGG CHAMBERS** hereby appeal to the Supreme Court of Nevada from the following Orders :

1. ORDER DENYING DEFENDANTS' MOTION TO SET ASIDE DEFAULT WITHOUT PREJUDICE AND DENYING PLAINTIFFS' COUNTERMOTION FOR AWARD OF FEES AND COSTS WITHOUT PREJUDICE AND ORDER DENYING DEFENDANTS' MOTION TO CANCEL LIS PENDENS AND GRANTING IN PART PLAINTIFFS' COUNTERMOTION TO DEPOSIT INTO THE COURT OF PROCEEDS FROM SALE OF 1207 WESTLUND PROPERTY filed March 16, 2018.

2. ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO SET ASIDE DEFAULT WITHOUT PREJUDICE AND ORDER DENYING COITNTERMOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE HELD IN CONTEMPT OF MARCH 16TH 2018 ORDER, FOR ORDER FOR SALE OF 1207 WESTLUND AND 1201 WESTLUND PROPERTIES AND FOR AWARD OF FEES AND COSTS WITHOUT PREJUDICE filed May 17, 2018.

///

///

3. ORDER GRANTING PLAINTIFFS EUGENE TUMBARELLO AND SHAMROCK PAINTING, INC.'S MOTION TO ENFORCE SETTLEMENT, FOR SALE OF THE PROPERTIES IN SATISFACTION OF SETTLEMENT TERMS AND FOR AWARD OF ATTORNEYS' FEES AND COSTS filed March 8, 2019.

/s/ Benjamin B. Childs

BENJAMIN B. CHILDS
Nevada Bar # 3946
Attorney for Plaintiffs/Counterdefendants

**CERTIFICATE OF ELECTRONIC SERVICE**

This Notice of Appeal, was served through the Odessy file and serve system to all attorneys at the time of filing. Electronic service is in place of mailing.

/s/ Benjamin B. Childs

BENJAMIN B. CHILDS, ESQ.
NEVADA BAR # 3946