# REPLY EXHIBIT "H"

REPLY EXHIBIT "H"

IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| ELIZABETH RAMSEY, AN INDIVIDUAL; AND GREGG CHAMBERS, AN INDIVIDUAL,<br>Appellants,<br>vs.<br>EUGENE TUMBARELLO, AN INDIVIDUAL; AND SHAMROCK PAINTING, INC.,<br>Respondents. | No. 78565<br><br>FILED<br>MAY 15 2020<br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY S. Young<br>DEPUTY CLERK |

## ORDER DISMISSING APPEAL

This is an appeal from an order granting motion to enforce a settlement agreement. Eighth Judicial District Court, Clark County; William D. Kephart, Judge.

On December 12, 2019, this court granted the motion of attorney Robert J. Kern to withdraw as counsel for appellants. Briefing was suspended, and appellants were directed to retain counsel within 30 days or notify this court that they intended to proceed pro se. Appellants failed to respond to this court's order, and on February 10, 2020, this court entered an order concluding that appellants had elected to proceed pro se, reinstating the briefing schedule, and directing appellants to file the opening brief within 30 days.

Appellants failed to file a brief, and on March 31, 2020, this court entered an order directing appellants to file the opening brief within 14 days. This court further cautioned appellants that failure to timely comply with the order could result in the dismissal of this appeal as abandoned. NRAP 31(d). To date appellants have failed to file the opening

briefs or otherwise communicate with this court. Accordingly, it appears appellants have abandoned this appeal, and this court therefore

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

cc:  Hon. William D. Kephart, District Judge
     Ara H. Shirinian, Settlement Judge
     Elizabeth Ramsey
     Gregg Chambers
     Premier Legal Group
     Eighth District Court Clerk