# REPLY EXHIBIT "I"

# REPLY EXHIBIT "I"

Electronically Filed
8/8/2019 1:52 PM
Steven D. Grierson
CLERK OF THE COURT

**CERT**
R. CHRISTOPHER READE, ESQ.
Nevada Bar No. 006791
CORY READE DOWS & SHAFER
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
Telephone: (702) 794-4411
Facsimile: (702) 794-4421
E-Mail: creade@readelawfirm.com
Attorneys for Plaintiffs
EUGENE TUMBARELLO
SHAMROCK PAINTING, INC.

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| EUGENE TUMBARELLO, an Individual, SHAMROCK PAINTING, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ELIZABETH RAMSEY, an Individual; GREGG CHAMBERS, an Individual; DOES 1 through 100; and ROE BUSINESS ENTITIES I through C, inclusive, <br><br> Defendants. | Case No.: A-17-763560-C <br> Dept. No.: XIX <br><br> **ARBITRATION EXEMPT** <br> **(Equitable, Declaratory and Extraordinary Relief; Title to Real Property)** |

### SHERIFF'S CERTIFICATE OF SALE OF REAL PROPERTY

Under, and by virtue of a writ of execution issued on a judgment entered out of the above entitled court on May 6th, 2019 in favor of Plaintiffs/Judgment Creditors EUGENE TUMBARELLO and SHAMROCK PAINTING, INC. and against Defendants/Judgment Debtors ELIZABETH RAMSEY and GREGG CHAMBERS, the undersigned was commanded to satisfy such judgment, together with interest and costs, out of the real property belonging to Defendants/Judgment Debtors ELIZABETH RAMSEY and GREGG CHAMBERS all of which more fully appears from such writ of execution.

I, the undersigned Deputy Sheriff of Clark County, State of Nevada, do hereby certify that I have levied on and on August 1, 2019 at 9:00 a.m., caused to be sold at public auction, according to the statutes of the State of Nevada, and after due and legal notice, all the right, titles and interest of Defendants/Judgment Debtors ELIZABETH RAMSEY and/or GREGG CHAMBERS in and to the following described real property located in the County of Clark, State of Nevada as follows:

> Lot Four (4) In Block Three (3) Of McNeil Tract No. 3, as shown by Map thereof on File in Book 4 of Plats, Page 54, in the Office of the County Recorder of Clark County, Nevada, and more commonly known as 1201 Westlund Drive, Las Vegas, Nevada 89102, APN: 162-05-513-035 ("the Subject Property")

That all of the interest of Defendants/Judgment Debtors ELIZABETH RAMSEY and/or GREGG CHAMBERS in and to the Subject Property was purchased for the sum of Fifty-Five Thousand Dollars ($55,000.00) upon credit bid by Plaintiffs/Judgment Creditors EUGENE TUMBARELLO and SHAMROCK PAINTING, INC., by and through their counsel, who was the highest bidder.

That the Subject Property is subject to redemption within one (1) year of the date of sale.

That a duplicate of said certificate shall be filed by the officer in the Office of the County Recorder of Clark County, Nevada.

DATED this ____ day of August, 2019.

JOSEPH LOMBARDO,
SHERIFF OF CLARK COUNTY, NEVADA

By: _____  _____
   Deputy Sheriff                  Date
         J. Lombardo
         Sr. Deputy Sheriff
         Sheriff's Civil Section

|   |   |
|---|---|
| 1 | STATE OF NEVADA     ) |
|   |                     ) ss: |
| 2 | COUNTY OF CLARK     ) |

On this \_\_6th\_\_ day of \_\_August\_\_, 2019 there appeared before me \_\_Joseph Lombardo\_\_, a Deputy Sheriff of Clark County Nevada, who is known to me, and who acknowledged to me that he executed the Sheriff's Certificate of Sale set forth herein and who acknowledged that the information contained therein, and who acknowledged that the information contained therein is true and that executed his signature thereon freely and voluntarily for the purposes set forth therein.

_____
NOTARY PUBLIC

JENNY PALAZZO
Notary Public, State of Nevada
No. 18-1211-1
My Appt. Exp. November 30, 2021

Page 3 of 3