# REPLY EXHIBIT "J"

# REPLY EXHIBIT "J"

Inst #: 20200831-0000005
Fees: $42.00
RPTT: $1323.45  Ex #:
08/31/2020 07:20:05 AM
Receipt #: 4191457
Requestor:
Premier Legal Group
Recorded By: SCHIABLE   Pgs: 5
Debbie Conway
CLARK COUNTY RECORDER
Src: ERECORD
Ofc: ERECORD

# RECORDING COVER PAGE
(Must be typed or printed clearly in BLACK ink only and avoid printing in the 1" margins of document)

APN# __162-05-513-036__

(11 digit Assessor's Parcel Number may be obtained at: http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx)

## TITLE OF DOCUMENT
(DO NOT Abbreviate)

**SHERIFF'S DEED**

Document Title on cover page must appear EXACTLY as the first page of the document to be recorded.

**RECORDING REQUESTED BY:**

CORY READE DOWS & SHAFER

**RETURN TO:** Name __CORY READE DOWS & SHAFER__
Address __1333 NORTH BUFFALO DRIVE, SUITE 210__
City/State/Zip __LAS VEGAS, NV 89128__

**MAIL TAX STATEMENT TO:** (Applicable to documents transferring real property)
Name __Eugene Tumbarello__
Address __1277 South Cherokee Street__
City/State/Zip __Denver, CO 80223__

This page provides additional information required by NRS 111.312 Sections 1-2.
To print this document properly, do not use page scaling.
P:\Common\Forms & Notices\Cover Page Template Oct2017

Electronically Filed
8/28/2020 3:52 PM
Steven D. Grierson
CLERK OF THE COURT

**DEED**
R. CHRISTOPHER READE, ESQ.
Nevada Bar No. 006791
CORY READE DOWS & SHAFER
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
Telephone: (702) 794-4411
Facsimile: (702) 794-4421
E-Mail: creade@readelawfirm.com
Attorneys for Plaintiffs
EUGENE TUMBARELLO
SHAMROCK PAINTING, INC.

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| EUGENE TUMBARELLO, an Individual, SHAMROCK PAINTING, INC., <br><br>Plaintiff,<br><br>vs.<br><br>ELIZABETH RAMSEY, an Individual; GREGG CHAMBERS, an Individual; DOES 1 through 100; and ROE BUSINESS ENTITIES I through C, inclusive,<br><br>Defendants. | Case No.: A-17-763560-C<br>Dept. No.: XIX<br><br>**ARBITRATION EXEMPT**<br>(Equitable, Declaratory and Extraordinary Relief; Title to Real Property) |

## SHERIFF'S DEED

STATE OF NEVADA    )
                   ) SS:
COUNTY OF CLARK    )

THIS DEED IS HEREBY LAWFULLY MADE on this ____ day of August, 2020, by JOSEPH LOMBARDO, SHERIFF OF CLARK COUNTY, NEVADA and hereby avers:

WITNESSETH

That by virtue of a writ of execution issued on a judgment entered out of the above entitled court, the Eighth Judicial District Court in and for the State of Nevada, on March 8th, 2019 in favor of Plaintiffs/Judgment Creditors EUGENE TUMBARELLO and SHAMROCK

PAINTING, INC. and against Defendants/Judgment Debtors ELIZABETH RAMSEY and GREGG CHAMBERS, that the undersigned was commanded to satisfy such judgment, together with interest and costs, out of the real property belonging to Defendants/Judgment Debtors ELIZABETH RAMSEY and GREGG CHAMBERS all of which more fully appears from such writ of execution.

I, the undersigned Deputy Sheriff of Clark County, State of Nevada, do hereby certify that the Sheriff of Clark County, Nevada have levied on and on August 1, 2019 at 9:15 a.m., and caused to be sold at public auction, according to the statutes of the State of Nevada, and after due and legal notice, all the right, titles and interest of Defendants/Judgment Debtors ELIZABETH RAMSEY and/or GREGG CHAMBERS in and to the following described real property located in the County of Clark, State of Nevada as follows:

> Lot Five (5) In Block Three (3) Of McNeil Tract No. 3, as shown by Map thereof on File in Book 4 of Plats, Page 54, in the Office of the County Recorder of Clark County, Nevada, and more commonly known as 1207 Westlund Drive, Las Vegas, Nevada 89102, APN: 162-05-513-036 ("the Subject Property")

That pursuant to said Notice, the Sheriff of Clark County, Nevada did sell all of the rights, title and interest of Defendants/Judgment Debtors ELIZABETH RAMSEY and/or GREGG CHAMBERS in and to the Subject Property was purchased for the sum of Fifty Thousand Dollars ($50,000.00) upon credit bid by and to Plaintiffs/Judgment Creditors EUGENE TUMBARELLO and SHAMROCK PAINTING, INC., by and through their counsel, who was the highest bidder.

That pursuant to such sale that Certificate of Sale was executed by the Sheriff of Clark County, Nevada on the 8th day of August, 2019 and was recorded by the officer in the Office of the County Recorder of Clark County, Nevada on the 8th day of August, 2019.

That one (1) year since the date of sale set forth above having elapsed as of this ___ day of August, 2020.

NOW THEREFORE, I, the undersigned Deputy Sheriff of Clark County, Nevada do hereby grant to EUGENE TUMBARELLO and SHAMROCK PAINTING, INC. without further warranty, all of the rights, title and interest of ELIZABETH RAMSEY and/or GREGG CHAMBERS in and to the above-entitled Subject Property subject to all senior liens and encumbrances of record.

DATED this ____ day of August, 2020.

JOSEPH LOMBARDO,
SHERIFF OF CLARK COUNTY, NEVADA

By: _____ 8/4/20
Deputy Sheriff                  Date
J. Lombardo
Sr. Deputy Sheriff
Sheriff's Civil Section

STATE OF NEVADA ) 
                ) ss:
COUNTY OF CLARK )

On this ____ day of August, 2020, personally appeared before me Joseph Lombardo, a Deputy Sheriff of Clark County Nevada, who is known to me, and who acknowledged to me that he executed the Sheriff's Deed set forth herein and who acknowledged that the information contained therein, and who acknowledged that the information contained therein is true and that executed his signature thereon freely and voluntarily for the purposes set forth therein mentioned.

_____
NOTARY PUBLIC



AMANDA C MILBRANDT
Notary Public, State of Nevada
No. 19-3904-01
My Appt. Exp. Jun. 27, 2023

**STATE OF NEVADA**
**DECLARATION OF VALUE**

1. Assessor Parcel Number(s)
   a. 162-05-513-036
   b. _____
   c. _____
   d. _____

2. Type of Property:
   a. ☐ Vacant Land      b. ☑ Single Fam. Res.
   c. ☐ Condo/Twnhse    d. ☐ 2-4 Plex
   e. ☐ Apt. Bldg        f. ☐ Comm'l/Ind'l
   g. ☐ Agricultural     h. ☐ Mobile Home
      ☐ Other

   | FOR RECORDERS OPTIONAL USE ONLY |
   |---|
   | Book_____ Page:_____ |
   | Date of Recording: _____ |
   | Notes: |

3. a. Total Value/Sales Price of Property      $ 259183.00
   b. Deed in Lieu of Foreclosure Only (value of property ( _____ )
   c. Transfer Tax Value:                       $
   d. Real Property Transfer Tax Due           $ 1323.45

4. **If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section_____
   b. Explain Reason for Exemption: _____

5. Partial Interest: Percentage being transferred: _____%

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _[signature]_                    Capacity: Attorney for Grantee

Signature _____                  Capacity: _____

**SELLER (GRANTOR) INFORMATION**
**(REQUIRED)**
Print Name: Joseph Lombardo, Sheriff
Address: 301 E. Clark
City: Las Vegas
State: Nevada        Zip: 89101

**BUYER (GRANTEE) INFORMATION**
**(REQUIRED)**
Print Name: Eugene Tumbarello and Shamro
Address: 1333 North Buffalo Drive #210
City: Las Vegas
State: Nevada        Zip: 89128

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**
Print Name: Cory Reade Dows & Shafer       Escrow #
Address: 1333 North Buffalo Drive, #210
City: Las Vegas                            State: Nevada    Zip: 89128

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED