# REPLY EXHIBIT "K"

# REPLY EXHIBIT "K"



**Electronically Filed**
**10/8/2020 2:06 PM**
**Steven D. Grierson**
**CLERK OF THE COURT**

**NEO**
R. CHRISTOPHER READE, ESQ.
Nevada Bar No. 006791
CORY READE DOWS & SHAFER
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
Telephone: (702) 794-4411
Fax: (702) 794-4421
creade@crdslaw.com
Attorney for Plaintiffs

# DISTRICT COURT

## CLARK COUNTY, NEVADA

EUGENE TUMBARELLO, an Individual,
SHAMROCK PAINTING, INC.,

                Plaintiff,

vs.

ELIZABETH RAMSEY, an Individual;
GREGG CHAMBERS, an Individual; DOES 1
through 100; and ROE BUSINESS ENTITIES I
through C, inclusive,

                Defendants.

Case No. :    A-17-763560-C
Dept. No.:    XIX

**ARBITRATION EXEMPT**
**(Equitable, Declaratory and**
**Extraordinary Relief; Title to Real**
**Property)**

## NOTICE OF ENTRY OF ORDER

NOTICE IS HEREBY provided that on the 8th day of October, 2020 that the above-entitled Court did enter an Order in the above-entitled matter, a true and correct copy of which is attached hereto.

DATED this 8th day of October, 2020.

                CORY READE DOWS & SHAFER

                By:  /s/ R. Christopher Reade
                    R. CHRISTOPHER READE, ESQ.
                    Nevada Bar No. 006791
                    1333 North Buffalo Drive, Suite 210
                    Las Vegas, Nevada 89128
                    Telephone: (702) 794-4411
                    Attorney for Plaintiffs EUGENE TUMBARELLO
                    and SHAMROCK PROPERTIES

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8ᵗʰ day of October, 2020, I transmitted a true and correct copy of the NOTICE OF ENTRY OF ORDER, to be served as follows:

■ **NEFCR System upon the following All Parties in accordance with NEFCR 9 and 13**

| | |
|---|---|
| Steven Yarmy, Esq.<br>7464 W. Sahara Avenue<br>Las Vegas, Nevada 89117<br>Fax: (702) 586-3690<br>sly@stevenyarmylaw.com<br>Counsel for Judgment Debtor<br>ELIZABETH RAMSEY | Gregg Chambers<br>3228 Robin<br>Las Vegas, Nevada 89121<br>gchambers831@yahoo.com<br>Judgment Creditor in Proper Person |

☐ **By fax or other electronic transmission in accordance with NRCP 5(D) upon the following Parties, for which proof of successful transmission is attached hereto.**

☐ **First-Class United States Mail upon the following parties or their Counsel who are not on the electronic service list:**

| | |
|---|---|
| | |

**By direct email upon the following Parties, for whom I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.**

**By fax or other electronic transmission in accordance with NRCP 5(D) upon the following Parties, for which proof of successful transmission is attached hereto.**

/s/   Leta Metz
A Representative of Cory Reade Dows & Shafer

2

10/8/2020 8:37 AM

Electronically Filed
10/08/2020 8:37 AM

CLERK OF THE COURT

**ORD**
R. CHRISTOPHER READE, ESQ.
Nevada Bar No. 006791
CORY READE DOWS & SHAFER
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
Telephone: (702) 794-4411
Fax: (702) 794-4421
CReade@premierlegalgroup.com
Attorney for Plaintiffs

## DISTRICT COURT

## CLARK COUNTY, NEVADA

EUGENE TUMBARELLO, an Individual,         )
SHAMROCK PAINTING, INC.,                  )
                                          )   Case No. :   A-17-763560-C
                    Plaintiff,            )   Dept. No.:   XIX
                                          )
        vs.                               )
                                          )   **ARBITRATION EXEMPT**
ELIZABETH RAMSEY, an Individual;          )   **(Equitable, Declaratory and**
GREGG CHAMBERS, an Individual; DOES 1     )   **Extraordinary Relief; Title to Real**
through 100; and ROE BUSINESS ENTITIES I  )   **Property)**
through C, inclusive,                     )
                                          )
                    Defendants.           )

**ORDER DENYING JUDGMENT DEBTORS' CLAIMS OF EXEMPTION FROM
EXECUTION, GRANTING MOTION TO VOID HOMESTEAD ON 1201 WESTLUND
PROPERTY AND COMPELLING COMPLIANCE BY JUDGMENT DEBTOR
ELIZABETH RAMSEY**

Date of Hearing: September 22nd, 2020
Time of Hearing: 9:00 a.m.

Plaintiffs/Judgment Creditors EUGENE TUMBARELLO and SHAMROCK PAINTING

INC.'s OBJECTION TO JUDGMENT DEBTORS' CLAIMS OF EXEMPTION FROM

EXECUTION AND MOTION TO VOID HOMESTEAD ON 1201 WESTLUND PROPERTY

AND COMPELLING COMPLIANCE BY JUDGMENT DEBTOR ELIZABETH RAMSEY,

having come on for hearing on the 15th day of September, 2020 and being continued until the

22nd day of September, 2020.   Plaintiffs EUGENE TUMBARELLO and SHAMROCK

PAINTING INC. being represented by their counsel R. Christopher Reade, Esq. of the law firm of Cory Reade Dows & Shafer. Defendant ELIZABETH RAMSEY being represented by her counsel Steven L. Yarmy, Esq. The Court having reviewed the papers and pleadings submitted on behalf of an by the respective parties, having read the Objections, Motions and Oppositions. The Court having heard argument of the parties and their counsel and for good cause appearing therefor, the Court hereby enters the following Findings of Fact, Conclusions of Law and Judgment.

### FINDINGS OF FACT

**THE COURT HEREBY FINDS** the judgment debtor has the burden to prove that he or she is entitled to the claimed exemption. NRS 21.112(6).

**THE COURT FURTHER FINDS** that this Court has ruled in 2019 that any homestead asserted by Judgment Debtor ELIZABETH RAMSEY in and to the 1201 Westlund property does not apply because an individual using fraudulently obtained funds to purchase real property should not be protected by the homestead exemption because the exemption's purpose is to provide protection to individuals who file the homestead exemption in good faith and that Judgment Debtor ELIZABETH RAMSEY had failed to meet her burden to prove that Judgment Debtor is entitled to the claimed exemptions in the 1201 Westlund property. Maki v. Chong, 119 Nev. 390, 394, 75 P.3d 376, 379 (2003).

**THE COURT FURTHER FINDS** that pursuant to NRS 21.105 that Judgment Debtor RAMSEY is not entitled to any exemption to the proceeds of her bank account above $400.00 and that RAMSEY's claim for exemptions to her bank account are without merit and should be denied.

**THE COURT FURTHER FINDS** that pursuant to NRS 21.105 that the court may require a judgment debtor to provide statements from the bank which include all deposits into

2

1   and withdrawals from the account for the immediately preceding 90 days prior to the date of the

2   claim for exemption.

3       **THE COURT FURTHER FINDS** that Judgment Debtor ELIZABETH RAMSEY

4   remains in contempt of this Court's previous Orders regarding responding to post-judgment

5   discovery and attending her Judgment Debtor Examination.

6                                  **ORDER**

7       **THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that by

8
9   Judgment Debtor ELIZABETH RAMSEY'S Claim of Exemption in and to the 1201 Westlund

10   property is DENIED.

11      **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Judgment Debtor

12   ELIZABETH RAMSEY's homestead in the 1201 Westlund Property shall be and hereby is

13   declared VOID.

14
15      **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that by Judgment

16   Debtor ELIZABETH RAMSEY's Claim of Exemption in and to her Bank of America bank

17   accounts shall be and hereby are DENIED.

18      **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Judgment Debtor

19   Ramsey shall on or before provide this Court and Judgment Creditors with all of her bank

20   statements for 90 days preceding the Claim of Execution, which would be all bank statements on

21   or after May 8th, 2020 to date.

22
23   . . . .
24   . . . .
25   . . . .
26   . . . .
27   . . . .
28
                                  3

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Judgment Debtor Defendant ELIZABETH RAMSEY shall personally appear before this Court on the _____ day of  11/3/2020 at 9 A.M. _____, 2020 at 9:00 a.m. to demonstrate that Judgment Debtor ELIZABETH RAMSEY has purged her previous contempt and has provided responses and production of post-judgment discovery documents and has appeared for and participating in her Judgment Debtor Examination.

    **DATED AND DONE** this _____ day of September, 2020.

                              Dated this 8th day of October, 2020

                              _Will Kytt_

                              DISTRICT COURT JUDGE
                              D18 DF5 66B9 2F54
                              William D. Kephart
                              District Court Judge

Submitted by:
    CORY READE DOWS & SHAFER

By;        /s/ R. Christopher Reade
    R. CHRISTOPHER READE, ESQ.
    Nevada Bar No. 006791
    1333 North Buffalo Drive, Suite 210
    Las Vegas, Nevada 89128
    Telephone: (702) 794-4411
    Attorney for Plaintiffs/Judgment Creditors

Reviewed as to Form and Content:
    STEVEN L. YARMY

By:    Not Approved
    STEVEN L. YARMY, ESQ.
    Nevada Bar No. 008733
    7464 W. Sahara Avenue
    Las Vegas, Nevada 89117
    (702) 586-3513
    Counsel for Judgment Debtor ELIZABETH RAMSEY

4

## Chris Reade

| | |
|---|---|
| **From:** | Chris Reade |
| **Sent:** | Tuesday, September 29, 2020 12:04 PM |
| **To:** | Steven Yarmy |
| **Cc:** | Assistant; Laurie Alderman; luz@yarmylaw.com |
| **Subject:** | RE: Tumbarello v. Ramsey Pleadings |

Mr. Yarmy:

FINDINGS OF FACT

THE COURT FURTHER FINDS that pursuant to NRS 21.105 that Judgment Debtor RAMSEY is not entitled to any exemption to the proceeds of her bank account above $400.00 and that RAMSEY's claim for exemptions to her bank account are without merit and should be denied.
**THIS PROVISION WAS NEVER RULED ON NOR DISCUSSED AS IT SHOULD NOT HAVE BEEN. MY CLIENT IS ENTITLED TO ANY EXEMTIONS ALLOWED UNDER NRS INCLUDING NRS. 21.090(z). AS SUCH; IT SHOULD BE STRICKEN**

This was expressly ruled by the Court and is in the Minutes "COURT ORDERED, Debtor Defendant Ramsey s claim of exemption DENIED as to her Bank of America account as it is capped to $400.00 per NRS 21.105"

THE COURT FURTHER FINDS that Judgment Debtor ELIZABETH RAMSEY remains in contempt of this Court's previous Orders regarding and still needs to respond to post-judgment discovery and attend a Judgment Debtor Examination. **THE COURT NEVER RULED MY CLIENT REMAINS IN COMTEMPT. THE COURT JUST RULED SHE MUST PROVIDE THE BANK STATEMENTS FOR 90 DAYS PROCEEDING AND COMPLY WITH THE DISCOVERY REQUEST. AS SUCH; THIS MUST BE STRICKEN.**

Ms. Ramsey is still in contempt (in fact ODYSSEY still shows a warrant out for her arrest as the Order Quashing Warrant was never entered). The answering RPDs and JDE is purging the contempt from that was discussed at the 4/21/20 Hearing from which no Order was ever prepared.

ORDER

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that by Judgment Debtor ELIZABETH RAMSEY's Claim of Exemption in and to her Bank of America bank accounts above $400.00 shall be and hereby are DENIED. **THIS PROVISION WAS NEVER RULED ON NOR DISCUSSED AS IT SHOULD NOT HAVE BEEN. MY CLIENT IS ENTITLED TO ANY EXEMTIONS ALLOWED UNDER NRS INCLUDING NRS. 21.090(z). AS SUCH; IT SHOULD BE STRICKEN**

This was expressly ruled by the Court and is in the Minutes "COURT ORDERED, Debtor Defendant Ramsey s claim of exemption DENIED as to her Bank of America account as it is capped to $400.00 per NRS 21.105"

We will be submitting our proposed Order this afternoon and will provide a copy to your office. Ms. Ramsey is welcome to submit a competing Order.


**CORY READE DOWS & SHAFER**
— ATTORNEYS AT LAW —

R. Christopher Reade, Esq.
CORY READE DOWS & SHAFER
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
(702) 794-4411
Fax: (702) 794-4421

DEBT COLLECTION NOTICE: This communication is or may be an attempt to collect a debt, and any information used may be used for that purpose. However, if you are in bankruptcy or have been discharged in bankruptcy, this communication is for informational purposes only and is not intended as an attempt to collect a debt or as an act to collect, assess, or recover all or any portion of the debt from you personally.

CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

CIRCULAR 230 NOTICE: To comply with U.S. Treasury Department and IRS regulations, we are required to advise you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this transmittal, is not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding penalties under the U.S. Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this e-mail or attachment.

**From:** Chris Reade <creade@crdslaw.com>
**Sent:** Tuesday, September 29, 2020 11:43 AM
**To:** Steven Yarmy <sly@stevenyarmylaw.com>
**Cc:** Assistant <assistant@crdslaw.com>; Laurie Alderman <lalderman@crdslaw.com>; luz@yarmylaw.com
**Subject:** RE: Tumbarello v. Ramsey Pleadings

Mr. Yarmy:

We have approved some of the changes and are providing a redline to you. If you approve, send back. If you do not approve, we can submit competing orders this afternoon.

In the meantime, the Post-Judgment Requests were sent to your office on September 8th, 2020. This Requests go back to October 2019. We need to come up with a date that the documents will be produced and then a date for the JDE 2 weeks after that.


**CORY READE DOWS & SHAFER**
— ATTORNEYS AT LAW —

R. Christopher Reade, Esq.
CORY READE DOWS & SHAFER
1333 North Buffalo Drive, Suite 210

Las Vegas, Nevada 89128
(702) 794-4411
Fax: (702) 794-4421

DEBT COLLECTION NOTICE: This communication is or may be an attempt to collect a debt, and any information used may be used for that purpose. However, if you are in bankruptcy or have been discharged in bankruptcy, this communication is for informational purposes only and is not intended as an attempt to collect a debt or as an act to collect, assess, or recover all or any portion of the debt from you personally.

CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

CIRCULAR 230 NOTICE: To comply with U.S. Treasury Department and IRS regulations, we are required to advise you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this transmittal, is not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding penalties under the U.S. Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this e-mail or attachment.

**From:** Steven Yarmy <sly@stevenyarmylaw.com>
**Sent:** Tuesday, September 29, 2020 11:06 AM
**To:** Chris Reade <creade@crdslaw.com>
**Cc:** Assistant <assistant@crdslaw.com>; Laurie Alderman <lalderman@crdslaw.com>; luz@yarmylaw.com
**Subject:** RE: Tumbarello v. Ramsey Pleadings

Dear Mr. Reade,

I have not heard back as to my suggested changes to the Order. Please advise.

**From:** Steven Yarmy <sly@stevenyarmylaw.com>
**Sent:** Friday, September 25, 2020 1:36 PM
**To:** 'Chris Reade' <creade@crdslaw.com>
**Cc:** 'Assistant' <assistant@crdslaw.com>; 'Laurie Alderman' <lalderman@crdslaw.com>; 'luz@yarmylaw.com' <luz@yarmylaw.com>
**Subject:** RE: Tumbarello v. Ramsey Pleadings

I have redlined what I believe should be removed. I have red bolded additional wording I believe should be included.

I am leaving office early, so I will not be able to respond to day unless you send any response to sly8733@gmail.com.

Thank you and stay safe

**From:** Chris Reade <creade@crdslaw.com>
**Sent:** Friday, September 25, 2020 1:07 PM
**To:** Steven Yarmy <sly@stevenyarmylaw.com>

3

**Cc:** Assistant <assistant@crdslaw.com>; Laurie Alderman <lalderman@crdslaw.com>; luz@yarmylaw.com
**Subject:** RE: Tumbarello v. Ramsey Pleadings

Make any proposed modifications and we will consider them. With that said, Ms. Ramsey is still under the Order of Contempt from February which has never been purged.


**CORY READE DOWS & SHAFER**
━━━ ATTORNEYS AT LAW ━━━

R. Christopher Reade, Esq.
CORY READE DOWS & SHAFER
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
(702) 794-4411
Fax: (702) 794-4421

DEBT COLLECTION NOTICE: This communication is or may be an attempt to collect a debt, and any information used may be used for that purpose. However, if you are in bankruptcy or have been discharged in bankruptcy, this communication is for informational purposes only and is not intended as an attempt to collect a debt or as an act to collect, assess, or recover all or any portion of the debt from you personally.

CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

CIRCULAR 230 NOTICE: To comply with U.S. Treasury Department and IRS regulations, we are required to advise you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this transmittal, is not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding penalties under the U.S. Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this e-mail or attachment.

**From:** Steven Yarmy <sly@stevenyarmylaw.com>
**Sent:** Friday, September 25, 2020 1:05 PM
**To:** Chris Reade <creade@crdslaw.com>
**Cc:** Assistant <assistant@crdslaw.com>; Laurie Alderman <lalderman@crdslaw.com>; luz@yarmylaw.com
**Subject:** RE: Tumbarello v. Ramsey Pleadings

Dear Mr. Reade,

I have reviewed the attached order you faxed me. I have a few concerns;

Judge never ruled client not entitled to exemption above $400.00. This was never discussed. In any, event my client can claim the $10,00.00 cathall under NRS, 21.090(z)Judge never said exemptions to bank account are without merit. This was a motion for homestead exemption.

Judge never said my client was remains in contempt. He just ordered her to give the bank statements and comply with you discovery request.

YOU NEED TO TAKE ALL THAT OUT AS I HAVE OUTLINES ABOVE.

Let me know.

**From:** Steven Yarmy <sly@stevenyarmylaw.com>
**Sent:** Tuesday, September 15, 2020 11:43 AM
**To:** 'Chris Reade' <creade@crdslaw.com>
**Cc:** 'Assistant' <assistant@crdslaw.com>; 'Laurie Alderman' <lalderman@crdslaw.com>; 'luz@yarmylaw.com' <luz@yarmylaw.com>
**Subject:** RE: Tumbarello v. Ramsey Pleadings

Thank you

**From:** Chris Reade <creade@crdslaw.com>
**Sent:** Tuesday, September 15, 2020 11:19 AM
**To:** Steven Yarmy <sly@stevenyarmylaw.com>
**Cc:** Assistant <assistant@crdslaw.com>; Laurie Alderman <lalderman@crdslaw.com>
**Subject:** RE: Tumbarello v. Ramsey Pleadings

Mr. Yarmy:

Attached hereto please find the Objection to Claim of Exemption that was filed in this matter and that has been continued to September 22nd at 9 am.



**CORY READE DOWS & SHAFER**
ATTORNEYS AT LAW

R. Christopher Reade, Esq.
CORY READE DOWS & SHAFER
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
(702) 794-4411
Fax: (702) 794-4421

DEBT COLLECTION NOTICE: This communication is or may be an attempt to collect a debt, and any information used may be used for that purpose. However, if you are in bankruptcy or have been discharged in bankruptcy, this communication is for informational purposes only and is not intended as an attempt to collect a debt or as an act to collect, assess, or recover all or any portion of the debt from you personally.

CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

CIRCULAR 230 NOTICE: To comply with U.S. Treasury Department and IRS regulations, we are required to advise you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this transmittal, is not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding penalties under the U.S. Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this e-mail or attachment.

**From:** Steven Yarmy <sly@stevenyarmylaw.com>
**Sent:** Tuesday, September 15, 2020 10:58 AM
**To:** Chris Reade <creade@crdslaw.com>
**Cc:** Assistant <assistant@crdslaw.com>; luz@yarmylaw.com
**Subject:** RE: Tumbarello v. Ramsey Pleadings

Pleasure meeting you today Mr. Reade,

Just a reminder if you can send me copy of opposition to exemption and any relevant material.

Also, I will be speaking with client and then speak with you about any possible resolution.

Have a good day and stay safe

**From:** Steven Yarmy <sly@stevenyarmylaw.com>
**Sent:** Tuesday, September 8, 2020 1:03 PM
**To:** 'Chris Reade' <creade@crdslaw.com>
**Cc:** 'Assistant' <assistant@crdslaw.com>
**Subject:** RE: Tumbarello v. Ramsey Pleadings

Thank you Mr. Reade

**From:** Chris Reade <creade@crdslaw.com>
**Sent:** Tuesday, September 8, 2020 12:04 PM
**To:** Steven Yarmy <sly@stevenyarmylaw.com>
**Cc:** Assistant <assistant@crdslaw.com>
**Subject:** Tumbarello v. Ramsey Pleadings

Mr. Yarmy:

Pursuant to your telephone call this morning, please find the Motions that are being taken up next week regarding contempt. These are related to the same Contempt that was granted against Ms. Ramsey in February 2020 and which has not been purged to date.

You also asked for the Post-Judgment Discovery that was the basis for the contempt(s). Please find the Post-Judgment Discovery, the Orders for Judgment Debtor Exams and related pleadings.



**CORY READE DOWS & SHAFER**
ATTORNEYS AT LAW

R. Christopher Reade, Esq.

6

CORY READE DOWS & SHAFER
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
(702) 794-4411
Fax: (702) 794-4421

DEBT COLLECTION NOTICE: This communication is or may be an attempt to collect a debt, and any information used may be used for that purpose. However, if you are in bankruptcy or have been discharged in bankruptcy, this communication is for informational purposes only and is not intended as an attempt to collect a debt or as an act to collect, assess, or recover all or any portion of the debt from you personally.

CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

CIRCULAR 230 NOTICE: To comply with U.S. Treasury Department and IRS regulations, we are required to advise you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this transmittal, is not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding penalties under the U.S. Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this e-mail or attachment.

**CSERV**

DISTRICT COURT
CLARK COUNTY, NEVADA

| | |
|---|---|
| Eugene Tumbarello, Plaintiff(s) | CASE NO: A-17-763560-C |
| vs. | DEPT. NO.  Department 19 |
| Elizabeth Ramsey, Defendant(s) | |

## AUTOMATED CERTIFICATE OF SERVICE

This automated certificate of service was generated by the Eighth Judicial District Court. The foregoing Order was served via the court's electronic eFile system to all recipients registered for e-Service on the above entitled case as listed below:

Service Date: 10/8/2020

| | |
|---|---|
| Benjamin Childs | ben@benchilds.com |
| Jay Shafer | jshafer@premierlegalgroup.com |
| Laurie Alderman | lalderman@crdslaw.com |
| Leta Metz | assistant@crdslaw.com |
| R. Reade | creade@crdslaw.com |
| Brittany Wood | bwood@mauricewood.com |
| Gregg Chambers | gchambers831@yahoo.com |
| Steven Yarmy | sly@stevenyarmylaw.com |