# REPLY EXHIBIT "L"

# REPLY EXHIBIT "L"

Electronically Filed
1/21/2021 2:29 PM
Steven D. Grierson
CLERK OF THE COURT

**NOAS**
CHRISTOPHER P. BURKE, ESQ.
Nevada Bar No.: 004093
atty@cburke.lvcoxmail.com
218 S. Maryland Pkwy.
Las Vegas, Nevada 89101
(702) 385-7987
*Attorneys for Defendant*
*Elizabeth Ramsey*

## DISTRICT COURT
## CLARK COUNTY, NEVADA

In re:

EUGENE TUMBARELLO, an Individual,
SHAMROCK PAINTING, INC.,

    Plaintiffs/ Respondent

vs.

ELIZABETH RAMSEY, an individual
et al.

    Defendant/Appellant

CASE NO.: A-17-763560-C
Dept. No.: XIX

## NOTICE OF APPEAL

Notice is hereby given that Defendant/Appellant, Elizabeth Ramsey by and through her counsel, Christopher P. Burke, Esq., hereby appeals to the Supreme Court of Nevada from the ORDER DENYING RAMSEYS MOTION TO RECONSIDER ORDER ENTERED ON OCTOBER 8, 2020, which was entered in this action on December 24, 2020, and the ORDER DENYING JUDGMENT DEBTORS' CLAIMS OF EXEMPTION FROM EXECUTION, GRANTING MOTION TO VOID HOMESTEAD ON 1201 WESTLUND

1

PROPERTY AND COMPELLING COMPLIANCE BY JUDGMENT DEBTOR ELIZABETH RAMSEY entered on October 8, 2020 (Ex. 'A' and 'B'). The Notice of Entry of Order of the Order denying motion to reconsider was served by United States Mail on December 24, 2020.

**<u>Affirmation Pursuant to NRS 239B.030</u>**

The Undersigned hereby affirm this documents does not contain the social security number pursuant to NRS 239B.030.

Dated this 21st day of January, 2021.

                By:    */s/ Christopher P. Burke, Esq.*
                          Christopher P. Burke, Esq.
                          Nevada Bar No.: 004093
                          218 S. Maryland Pkwy.
                          Las Vegas, NV 89101
                          (702) 385-7987

**CERTIFICATE OF SERVICE**

I hereby certify that the 21st day of January, 2021, I pursuant to NRCP 5(b), I have deposited in the United States Mail at Las Vegas, Nevada, a true and correct copy of:

- NOTICE OF APPEAL

enclosed in a seal envelope upon which first class postage was fully prepaid addressed to the following:

R. Christopher Reade, Esq.
1333 North Buffalo Drive, Suite 210
Las Vegas, NV 89128

                                                  */s/ Adriana Pelayo*
                                                  Employee of
                                                  Christopher P. Burke, Esq.

# Ex. 'A'

ELECTRONICALLY SERVED
12/24/2020 7:30 AM

Electronically Filed
12/24/2020 7:30 AM
CLERK OF THE COURT

**ORD**
R. CHRISTOPHER READE, ESQ.
Nevada Bar No. 006791
CORY READE DOWS & SHAFER
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
Telephone: (702) 794-4411
Fax: (702) 794-4421
CReade@crdslaw.com
Attorney for Plaintiffs

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| EUGENE TUMBARELLO, an Individual, SHAMROCK PAINTING, INC., <br><br>Plaintiff, <br><br>vs. <br><br>ELIZABETH RAMSEY, an Individual; GREGG CHAMBERS, an Individual; DOES 1 through 100; and ROE BUSINESS ENTITIES I through C, inclusive, <br><br>Defendants. | Case No.: A-17-763560-C <br> Dept. No.: XIX <br><br>**ARBITRATION EXEMPT** <br> **(Equitable, Declaratory and Extraordinary Relief; Title to Real Property)** |

### ORDER DENYING JUDGMENT DEBTOR ELIZABETH RAMSEY'S MOTION TO RECONSIDER ORDER ENTERED OCTOBER 8TH, 2020

Date of Hearing: December 15th, 2020
Time of Hearing: 9:00 a.m.

Defendant/Judgment Debtor ELIZABETH RAMSEY's MOTION TO RECONSIDER ORDER ENTERED OCTOBER 8TH, 2020, having come on for hearing on the 15th day of December, 2020. Plaintiffs/Judgment Creditors EUGENE TUMBARELLO and SHAMROCK PAINTING INC. being represented by their counsel R. Christopher Reade, Esq. of the law firm of Cory Reade Dows & Shafer. Defendant/Judgment Debtor ELIZABETH RAMSEY being represented by her counsel Steven L. Yarmy, Esq. The Court having reviewed the papers and pleadings submitted on behalf of an by the respective parties, having read the Objections,

Motions and Oppositions. The Court having heard argument of the parties and their counsel and for good cause appearing therefor, the Court hereby enters the following Findings of Fact, Conclusions of Law and Judgment.

### FINDINGS OF FACT

**THE COURT HEREBY FINDS** that Court properly cited and set forth the basis for its ruling regarding the exemption pursuant to NRS 21.105 as reflected in its Order.

**THE COURT FURTHER FINDS** that Defendant/Judgment Debtor ELIZABETH RAMSEY has not presented any bases for reconsideration of this Court's Order.

### ORDER

**THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that by Judgment Debtor ELIZABETH RAMSEY'S Motion for Reconsideration of the October 8th, 2020 Order is DENIED.

Dated this 24th day of December, 2020

**DATED AND DONE** this _____ day of December, 2020.

_____
DISTRICT COURT JUDGE

71A 021 C245 5467
Tierra Jones
District Court Judge

Submitted by:                                          Reviewed as to Form and Content:
CORY READE DOWS & SHAFER                               STEVEN L. YARMY

By:/s/ R. Christopher Reade                            By:   No Response Received
R. CHRISTOPHER READE, ESQ.                             STEVEN L. YARMY, ESQ.
Nevada Bar No. 006791                                  Nevada Bar No. 008733
1333 North Buffalo Drive, Suite 210                    7464 W. Sahara Avenue
Las Vegas, Nevada 89128                                Las Vegas, Nevada 89117
Telephone: (702) 794-4411                              (702) 586-3513
Attorney for Plaintiffs/                               Counsel for Judgment Debtor
Judgment Creditors                                     ELIZABETH RAMSEY

2

**CSERV**

# DISTRICT COURT
## CLARK COUNTY, NEVADA

| Eugene Tumbarello, Plaintiff(s) | CASE NO: A-17-763560-C |
|---|---|
| vs. | DEPT. NO. Department 19 |
| Elizabeth Ramsey, Defendant(s) | |

## AUTOMATED CERTIFICATE OF SERVICE

This automated certificate of service was generated by the Eighth Judicial District Court. The foregoing Order was served via the court's electronic eFile system to all recipients registered for e-Service on the above entitled case as listed below:

Service Date: 12/24/2020

| | |
|---|---|
| Benjamin Childs | ben@benchilds.com |
| Jay Shafer | jshafer@premierlegalgroup.com |
| Laurie Alderman | lalderman@crdslaw.com |
| Leta Metz | assistant@crdslaw.com |
| R. Reade | creade@crdslaw.com |
| Gregg Chambers | gchambers831@yahoo.com |
| Steven Yarmy | sly@stevenyarmylaw.com |
| Cenia Del Pozo | cdelpozo@crdslaw.com |

# Ex. 'B'

Electronically Filed
10/08/2020 8:37 AM

CLERK OF THE COURT

ORD
R. CHRISTOPHER READE, ESQ.
Nevada Bar No. 006791
CORY READE DOWS & SHAFER
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
Telephone: (702) 794-4411
Fax: (702) 794-4421
CReade@premierlegalgroup.com
Attorney for Plaintiffs

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| EUGENE TUMBARELLO, an Individual, SHAMROCK PAINTING, INC., <br><br>Plaintiff, <br><br>vs. <br><br>ELIZABETH RAMSEY, an Individual; GREGG CHAMBERS, an Individual; DOES 1 through 100; and ROE BUSINESS ENTITIES I through C, inclusive, <br><br>Defendants. | Case No.: A-17-763560-C <br> Dept. No.: XIX <br><br> **ARBITRATION EXEMPT** <br> **(Equitable, Declaratory and Extraordinary Relief; Title to Real Property)** |

### ORDER DENYING JUDGMENT DEBTORS' CLAIMS OF EXEMPTION FROM EXECUTION, GRANTING MOTION TO VOID HOMESTEAD ON 1201 WESTLUND PROPERTY AND COMPELLING COMPLIANCE BY JUDGMENT DEBTOR ELIZABETH RAMSEY

Date of Hearing: September 22nd, 2020
Time of Hearing: 9:00 a.m.

Plaintiffs/Judgment Creditors EUGENE TUMBARELLO and SHAMROCK PAINTING INC.'s OBJECTION TO JUDGMENT DEBTORS' CLAIMS OF EXEMPTION FROM EXECUTION AND MOTION TO VOID HOMESTEAD ON 1201 WESTLUND PROPERTY AND COMPELLING COMPLIANCE BY JUDGMENT DEBTOR ELIZABETH RAMSEY, having come on for hearing on the 15th day of September, 2020 and being continued until the 22nd day of September, 2020. Plaintiffs EUGENE TUMBARELLO and SHAMROCK

PAINTING INC. being represented by their counsel R. Christopher Reade, Esq. of the law firm of Cory Reade Dows & Shafer. Defendant ELIZABETH RAMSEY being represented by her counsel Steven L. Yarmy, Esq. The Court having reviewed the papers and pleadings submitted on behalf of an by the respective parties, having read the Objections, Motions and Oppositions. The Court having heard argument of the parties and their counsel and for good cause appearing therefor, the Court hereby enters the following Findings of Fact, Conclusions of Law and Judgment.

## FINDINGS OF FACT

**THE COURT HEREBY FINDS** the judgment debtor has the burden to prove that he or she is entitled to the claimed exemption. NRS 21.112(6).

**THE COURT FURTHER FINDS** that this Court has ruled in 2019 that any homestead asserted by Judgment Debtor ELIZABETH RAMSEY in and to the 1201 Westlund property does not apply because an individual using fraudulently obtained funds to purchase real property should not be protected by the homestead exemption because the exemption's purpose is to provide protection to individuals who file the homestead exemption in good faith and that Judgment Debtor ELIZABETH RAMSEY had failed to meet her burden to prove that Judgment Debtor is entitled to the claimed exemptions in the 1201 Westlund property. Maki v. Chong, 119 Nev. 390, 394, 75 P.3d 376, 379 (2003).

**THE COURT FURTHER FINDS** that pursuant to NRS 21.105 that Judgment Debtor RAMSEY is not entitled to any exemption to the proceeds of her bank account above $400.00 and that RAMSEY's claim for exemptions to her bank account are without merit and should be denied.

**THE COURT FURTHER FINDS** that pursuant to NRS 21.105 that the court may require a judgment debtor to provide statements from the bank which include all deposits into

2

and withdrawals from the account for the immediately preceding 90 days prior to the date of the claim for exemption.

**THE COURT FURTHER FINDS** that Judgment Debtor ELIZABETH RAMSEY remains in contempt of this Court's previous Orders regarding responding to post-judgment discovery and attending her Judgment Debtor Examination.

### ORDER

**THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that by Judgment Debtor ELIZABETH RAMSEY'S Claim of Exemption in and to the 1201 Westlund property is DENIED.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Judgment Debtor ELIZABETH RAMSEY's homestead in the 1201 Westlund Property shall be and hereby is declared VOID.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that by Judgment Debtor ELIZABETH RAMSEY's Claim of Exemption in and to her Bank of America bank accounts shall be and hereby are DENIED.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Judgment Debtor Ramsey shall on or before provide this Court and Judgment Creditors with all of her bank statements for 90 days preceding the Claim of Execution, which would be all bank statements on or after May 8th, 2020 to date.

. . . .

. . . .

. . . .

. . . .

. . . .

3

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Judgment Debtor Defendant ELIZABETH RAMSEY shall personally appear before this Court on the _____ day of _11/3/2020 at 9 A.M._____, 2020 at 9:00 a.m. to demonstrate that Judgment Debtor ELIZABETH RAMSEY has purged her previous contempt and has provided responses and production of post-judgment discovery documents and has appeared for and participating in her Judgment Debtor Examination.

**DATED AND DONE** this _____ day of September, 2020.

Dated this 8th day of October, 2020

*[signature]*

DISTRICT COURT JUDGE
D18 DF5 66B9 2F54
William D. Kephart
District Court Judge

Submitted by:
CORY READE DOWS & SHAFER

By: __/s/ R. Christopher Reade__
R. CHRISTOPHER READE, ESQ.
Nevada Bar No. 006791
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
Telephone: (702) 794-4411
Attorney for Plaintiffs/Judgment Creditors

Reviewed as to Form and Content:
STEVEN L. YARMY

By: __Not Approved__
STEVEN L. YARMY, ESQ.
Nevada Bar No. 008733
7464 W. Sahara Avenue
Las Vegas, Nevada 89117
(702) 586-3513
Counsel for Judgment Debtor ELIZABETH RAMSEY

**CSERV**

DISTRICT COURT
CLARK COUNTY, NEVADA

| | |
|---|---|
| Eugene Tumbarello, Plaintiff(s) | CASE NO: A-17-763560-C |
| vs. | DEPT. NO. Department 19 |
| Elizabeth Ramsey, Defendant(s) | |

### AUTOMATED CERTIFICATE OF SERVICE

This automated certificate of service was generated by the Eighth Judicial District Court. The foregoing Order was served via the court's electronic eFile system to all recipients registered for e-Service on the above entitled case as listed below:

Service Date: 10/8/2020

| | |
|---|---|
| Benjamin Childs | ben@benchilds.com |
| Jay Shafer | jshafer@premierlegalgroup.com |
| Laurie Alderman | lalderman@crdslaw.com |
| Leta Metz | assistant@crdslaw.com |
| R. Reade | creade@crdslaw.com |
| Brittany Wood | bwood@mauricewood.com |
| Gregg Chambers | gchambers831@yahoo.com |
| Steven Yarmy | sly@stevenyarmylaw.com |