1
2
3
4

Lenard E. Schwartzer, NV Bar No. 0399
6655 W. Sahara Avenue, Suite B200-107
Las Vegas, Nevada 89146
Telephone: (702) 307-2022
E-Mail: Trustee@SchwartzerLaw.com
*Trustee*

5

**UNITED STATES BANKRUPTCY COURT**

6

**DISTRICT OF NEVADA**

7

In re

Case No.  BK-S-21-10230-MKN

8

ELIZABETH ANN RAMSEY

Chapter 7

9

Debtor.

TRUSTEE'S SUPPLEMENTAL REPLY BRIEF IN SUPPORT OF MOTION TO SELL REAL PROPERTY, PAY COMMISSION AND NORMAL CLOSING COSTS (1201 WESTLUND DRIVE, LAS VEGAS, NV 89102)

10

11

12

Date:  May 24, 2023
Time: 2:30 p.m.

13

14

15        LENARD E. SCHWARTZER, Trustee for the bankruptcy estate of ELIZABETH ANN

16   RAMSEY aka ELIZABETH RAMSEY, supplements his reply to the DEBTOR'S OPPOSITION

17   TO THE CHAPTER 7 TRUSTEE'S MOTION TO SELL as follows:

18        The Debtor has no standing to object to the Trustee's Motion to Sell because the Debtor

19   has no possessory or financial interest in 1201 WESTLUND DRIVE, LAS VEGAS, NV 89102

20   (the "Property"). This Court previously ordered that Debtor had no right to claim a homestead

21   exemption for the Property [ECF 63] (unappealed), denied the Debtor's request to convert this

22   case to Chapter 13 [ECF 93] (unappealed), denied the Debtor's motion for abandonment of the

23   Property [ECF 120] (unappealed), and ordered that the Debtor must vacate the Property by June

24   13, 2023 [ECF 127] (unappealed).  The Debtor has no interest in the Property or continued

25   occupancy of the Property.  For that reason, the Debtor lacks standing to object to the sale of the

26   Property.

27        It turns out that the Property lacks equity because of its current condition.  The Trustee was

28   finally allowed access to the Property on Saturday, May 13, 2023. That inspection revealed that

1 | the Property had the following defects:

2 |     a.  Fireplace not working

3 |     b.  Kitchen plumbing that flooded the house, particularly, the pantry area

4 |     c.  Water line to master bedroom bathroom broken

5 |     d.  Sinks removed from master bedroom bathroom

6 |     e.  Water damage to ceilings and arched doorways

7 |     f.  Lack of covers on HVAC vents

8 |     g.  Peeling paint on eaves

9

10 | DATED: May 22, 2023.

11 |     /s/ Lenard E. Schwartzer

12 | LENARD E. SCHWARTZER
Trustee

13 | **DECLARATION OF TRUSTEE**

14 | I declare, under penalty of perjury, that the foregoing is true and correct, to the best

15 | of my knowledge, information and belief.

16

17 | DATED: May 22, 2023.

18 |     /s/ Lenard E. Schwartzer

19 | LENARD E. SCHWARTZER

20

21

22

23

24

25

26

27

28