**LENARD E. SCHWARTZER**
6655 W. Sahara Avenue, Suite B200-107
Las Vegas, NV 89146
(702) 307-2022
TRUSTEE

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>ELIZABETH ANN RAMSEY,<br><br>Debtor. | Case No. BK-S 21-10230-MKN<br><br>IN PROCEEDINGS UNDER CHAPTER 7<br><br>NOTICE OF REMOTE HEARING ON TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)<br><br>Date: December 14, 2023<br>Time: 11:00 a.m. |

NOTICE IS HEREBY GIVEN that a NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION AND DEADLINE TO OBJECT (NFR) was filed with the above-entitled Court on November 1, 2023, by LENARD E. SCHWARTZER, Chapter 7 Trustee. The Application seeks approval of the Trustee's Final Report and Account, and to pay LENARD E. SCHWARTZER trustee fees of $23,585.09 and expenses of $919.91, for a total of $24,505.00. Any opposition must be filed pursuant to Local Rule 9014(d)(1).

NOTICE IS FURTHER GIVEN that if you do not want the Court to grant the relief sought in the Application, or if you want the Court to consider your views on the Application, then you must file an opposition with the Court, and serve a copy on the person making the Application no later than 14 days preceding the hearing date for the Application, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth

1

all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the Court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> • The court may *refuse to allow you to speak* at the scheduled hearing; and
>
> • The court may *rule against you* without formally calling the matter at the hearing.

NOTICE IS FURTHER GIVEN that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. The hearing will be held on December 14, 2023, at 11:00 a.m. Parties are permitted to appear telephonically by dialing (669) 254-5252, entering meeting ID 161 418 4641, and entering access code or passcode 758331#.

If you intend to participate at this hearing, please check the Court's website prior to the hearing for any updated instructions relating to the court participation number and access code. You may view the Court Calendar at https://www.nvb.uscourts.gov/calendars/court-calendars/. Select Duty Judges (Chapter 7 & 13). Next click on the "calendar date" to view the hearing judge's dial-in number and meeting access codes

Dated: October 31, 2023

_____
LENARD E. SCHWARTZER
Trustee